Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.:  18−27284−ABA
                Chapter:  13
                Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Clarence R. Bain III
   9 Stewart Avenue
   Delran, NJ 08075

Social Security No.:
   xxx−xx−2471

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:     7/11/19
Time:     02:00 PM
Location:    Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
Andrew Thomas Archer, Debtor's Attorney,

COMMISSION OR FEES
$1,545.00

EXPENSES
$40.00

Creditors may be heard before the applications are determined.

     An appearance is not required on an application for compensation unless an objection is filed. Any objection must be filed with the court and served on interested parties not later than 7 days before the scheduled hearing.

Dated: June 13, 2019
JAN:

                                                               Jeanne Naughton
                                                               Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                     Case No. 18-27284-ABA
Clarence R. Bain, III                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1         User: admin              Page 1 of 2           Date Rcvd: Jun 13, 2019
                             Form ID: 137             Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 15, 2019.
```
db            +Clarence R. Bain, III,    9 Stewart Avenue,    Delran, NJ 08075-1024
aty           +KML Law Group PC,    216 Haddon Ave,    Suite 406,    Westmont, NJ 08108-2812
lm            +Roundpoint Mortgage,    PO Box 19409,    Charlotte, NC 28219-9409
517728086     +Apex Asset Management,     PO box 5407,    Lancaster, PA 17606-5407
517820317     +Credit Union of New Jersey,    c/o Peter J. Liska, LLC,     766 Shrewsbury Ave.,
                Tinton Falls, NJ 07724-3001
517728090     +Delran Township Tax Collector,     900 Chester Avenue,    Riverside, NJ 08075-1234
517728091     +KML Law Group,    216 Haddon Avenue Suite 406,    Westmont, NJ 08108-2812
517834750     +Larchmont Imaging,    Apex Asset Management LLC,    PO Box 5407,    Lancaster, PA 17606-5407
517728093     +RoundPoint Mortgage Servicing Corporatio,     Attn: Bankruptcy,    Po Box 19409,
                Charlotte, NC 28219-9409
517822376     +RoundPoint Mortgage Servicing Corporation,     5016 Parkway Plaza Blvd Buildings 6&8,
                Charlotte, NC 28217-1932
517728095     +Tina M. Williams,    9 Stewart Avenue,    Delran, NJ 08075-1024
518029987     +Township of Delran Tax Collector,     900 Chester Ave,    Delran, NJ 08075-1234
517834747     +Virtua Health Systems-MEM,    PO Box 5407,    Lancaster, PA 17606-5407
517728096    ++WELLS FARGO BANK NA,    1 HOME CAMPUS,    MAC X2303-01A,    DES MOINES IA 50328-0001
              (address filed with court: Wells Fargo Bank,     Attn: Bankruptcy Dept,    Po Box 6429,
                Greenville, SC 29606)
517829026      Wells Fargo Bank, N.A.,    Wells Fargo Card Services,     PO Box 10438, MAC F8235-02F,
                Des Moines, IA 50306-0438
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jun 13 2019 23:09:40      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 13 2019 23:09:39      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517728088      E-mail/Text: bankruptcy@cunj.org Jun 13 2019 23:09:38      Credit Union of New Jersey,
                Attn: Bankruptcy,    Po Box 7921,    Ewing, NJ 08628
517728087     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 13 2019 23:17:51      Capital One,
                Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517773356      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 13 2019 23:17:33
                Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
517783783      E-mail/PDF: resurgentbknotifications@resurgent.com Jun 13 2019 23:18:10
                LVNV Funding, LLC its successors and assigns as,     assignee of Santander Consumer USA,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517728092      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 13 2019 23:17:33
                Portfolio Recovery,    PO Box 12914,    Norfolk, VA 23541
517858759      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 13 2019 23:17:33
                Portfolio Recovery Associates, LLC,    c/o Toysrus,    POB 41067,    Norfolk VA 23541
517728094     +E-mail/PDF: gecsedi@recoverycorp.com Jun 13 2019 23:18:07      Synchrony Bank,
                Attn: Bankruptcy,    PO Box 103104,    Roswell, GA 30076-9104
517731021     +E-mail/PDF: gecsedi@recoverycorp.com Jun 13 2019 23:18:07      Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 10
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517728089*   ++CREDIT UNION OF NEW JERSEY,    1301 PARKWAY AVE,    EWING NJ 08628-3010
              (address filed with court: Credit Union of New Jersey,     Attn: Bankruptcy,    Po Box 7921,
                Ewing, NJ 08628)
                                                                                      TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2019                              Signature:   /s/Joseph Speetjens

```
District/off: 0312-1          User: admin                 Page 2 of 2                  Date Rcvd: Jun 13, 2019
                              Form ID: 137                Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 13, 2019 at the address(es) listed below:
              Andrew Thomas Archer    on behalf of Debtor Clarence R. Bain, III aarcher@brennerlawoffice.com,
               bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    Roundpoint Mortgage Servicing Corporation
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Kevin Gordon McDonald    on behalf of Creditor    Roundpoint Mortgage Servicing Corporation
               kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```