Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−27284−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Clarence R. Bain III
   9 Stewart Avenue
   Delran, NJ 08075

Social Security No.:
   xxx−xx−2471

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on March 6, 2020, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 64 − 63
Order Granting Application for Extension of Loss Mitigation (Related Doc # 63). Loss Mitigation Period Extended to: 5/30/20. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 3/6/2020. (bc)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: March 6, 2020
JAN: bc

                                            Jeanne Naughton
                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Clarence R. Bain, III  
    Debtor

Case No. 18-27284-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Mar 06, 2020  
                 Form ID: orderntc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2020.  
lm         +Roundpoint Mortgage,   PO Box 19409,   Charlotte, NC 28219-9409

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                      TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2020 at the address(es) listed below:

         Andrew Thomas Archer     on behalf of Debtor Clarence R. Bain, III aarcher@spillerarcherlaw.com, bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com  
         Denise E. Carlon     on behalf of Creditor    Roundpoint Mortgage Servicing Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Kevin Gordon McDonald     on behalf of Creditor    Roundpoint Mortgage Servicing Corporation kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov

                                                                                 TOTAL: 6