Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−27284−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Clarence R. Bain III
    9 Stewart Avenue
    Delran, NJ 08075

Social Security No.:
    xxx−xx−2471

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:       9/10/20
Time:       02:00 PM
Location:   Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Andrew Thomas Archer, Debtor's Attorney

COMMISSION OR FEES
Fees: $1,330.00

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

☑    will not reduce the amount to be paid to general unsecured creditors under the plan.

☐    will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: August 3, 2020
JAN: har

                                                          Jeanne Naughton
                                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-27284-ABA
Clarence R. Bain, III                                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 2           Date Rcvd: Aug 03, 2020
                               Form ID: 137             Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 05, 2020.
```
db              +Clarence R. Bain, III,    9 Stewart Avenue,    Delran, NJ 08075-1024
aty            #+KML Law Group PC,    216 Haddon Ave,    Suite 406,    Westmont, NJ 08108-2812
lm              +Roundpoint Mortgage,    PO Box 19409,    Charlotte, NC 28219-9409
517728086       +Apex Asset Management,    PO box 5407,    Lancaster, PA 17606-5407
517820317       +Credit Union of New Jersey,    c/o Peter J. Liska, LLC,    766 Shrewsbury Ave.,
                  Tinton Falls, NJ 07724-3001
517728090       +Delran Township Tax Collector,    900 Chester Avenue,    Riverside, NJ 08075-1234
517728091      #+KML Law Group,    216 Haddon Avenue Suite 406,    Westmont, NJ 08108-2812
517834750       +Larchmont Imaging,    Apex Asset Management LLC,    PO Box 5407,    Lancaster, PA 17606-5407
517728093       +RoundPoint Mortgage Servicing Corporatio,    Attn: Bankruptcy,    Po Box 19409,
                  Charlotte, NC 28219-9409
517822376       +RoundPoint Mortgage Servicing Corporation,    5016 Parkway Plaza Blvd Buildings 6&8,
                  Charlotte, NC 28217-1932
517728095       +Tina M. Williams,    9 Stewart Avenue,    Delran, NJ 08075-1024
518029987       +Township of Delran Tax Collector,    900 Chester Ave,    Delran, NJ 08075-1234
517834747       +Virtua Health Systems-MEM,    PO Box 5407,    Lancaster, PA 17606-5407
517728096      ++WELLS FARGO BANK NA,    1 HOME CAMPUS,    MAC X2303-01A,    DES MOINES IA 50328-0001
                (address filed with court: Wells Fargo Bank,    Attn: Bankruptcy Dept,    Po Box 6429,
                  Greenville, SC 29606)
517829026        Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                  Des Moines, IA 50306-0438
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 04 2020 00:29:03      U.S. Attorney,   970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 04 2020 00:29:00      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
517728088       E-mail/Text: bankruptcy@cunj.org Aug 04 2020 00:28:05      Credit Union of New Jersey,
                  Attn: Bankruptcy,    Po Box 7921,   Ewing, NJ 08628
517728087      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 04 2020 00:35:22      Capital One,
                  Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517773356       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 04 2020 00:34:46
                  Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC   28272-1083
517783783       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 04 2020 00:36:14
                  LVNV Funding, LLC its successors and assigns as,    assignee of Santander Consumer USA,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517728092       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 04 2020 00:34:50
                  Portfolio Recovery,    PO Box 12914,   Norfolk, VA 23541
517858759       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 04 2020 00:36:12
                  Portfolio Recovery Associates, LLC,    c/o Toysrus,    POB 41067,   Norfolk VA 23541
517728094      +E-mail/PDF: gecsedi@recoverycorp.com Aug 04 2020 00:35:54      Synchrony Bank,
                  Attn: Bankruptcy,    PO Box 103104,    Roswell, GA 30076-9104
517731021      +E-mail/PDF: gecsedi@recoverycorp.com Aug 04 2020 00:35:15      Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 10
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
517728089*     ++CREDIT UNION OF NEW JERSEY,   1301 PARKWAY AVE,    EWING NJ 08628-3010
                (address filed with court: Credit Union of New Jersey,    Attn: Bankruptcy,   Po Box 7921,
                  Ewing, NJ 08628)
                                                                                      TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0312-1           User: admin              Page 2 of 2             Date Rcvd: Aug 03, 2020
                               Form ID: 137             Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 3, 2020 at the address(es) listed below:
          Andrew Thomas Archer    on behalf of Debtor Clarence R. Bain, III aarcher@spillerarcherlaw.com,
           bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com
          Denise E. Carlon    on behalf of Creditor    Roundpoint Mortgage Servicing Corporation
           dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
          Kevin Gordon McDonald    on behalf of Creditor    Roundpoint Mortgage Servicing Corporation
           kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```