UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

BROCK & SCOTT, PLLC
302 Fellowship Road, Suite 130
Mount Laurel, NJ 08054
(844) 856-6646
Attorneys for Freedom Mortgage Corporation

In Re:
Clarence R. Bain, III

Case No.: 18-27284
Adv. No.:
Chapter: 13
Hearing Date: August 24, 2021
Judge: Andrew B. Altenburg

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, Matthew Fissel,
   ☒ am the attorney for: Freedom Mortgage Corporation
   ☐ am self-represented

   Phone number: 844-856-6646 x4535

   Email address: Matthew.Fissel@brockandscott.com

2. I request an adjournment of the following hearing:

   Matter: Motion for Relief from Stay re: 9 Stewart Avenue, Delran, NJ 08075

   Current hearing date and time: August 24, 2021 at 10:00AM

   New date requested: September 21, 2021 at 10:00AM

   Reason for adjournment request: The Parties are negotiating the terms of a Consent Order to resolve the MFR.

3. I request an adjournment of confirmation:

   Current confirmation date and time: _____

   New date requested: _____

   Reason for adjournment request: _____

   _____

   Confirmation has been adjourned _____ previous times

   Trustee payments are current through _____

   The meeting of creditors under § 341(a) of the Code ☐ was conducted ☐ was not conducted

4. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below): _____

   _____

   _____

I certify under penalty of perjury that the foregoing is true.

Date: August 18, 2021                                    /s/ Matthew Fissel
                                                         Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment request must be made not later than 3 days before the hearing.**

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted            New hearing date: September 21, 2021 @ 10 am    ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/1/15*